**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

## CIVIL MINUTES

| **Date:** March 22, 2024 | **Time:** 10:11 – 10:13<br>2 Minutes | **Judge:** SUSAN ILLSTON |
|---|---|---|
| **Case No.:** 23-cv-01781-SI | **Case Name:** Richard Sepulveda v. Taqueria y Carniceria Martinez LLC, et al. | |

**Attorney for Plaintiff:** Richard Mac Bride
**Attorney for Defendant:** No Appearance

**Deputy Clerk:** Esther Chung        **Court Reporter:** Cathy Taylor

## PROCEEDINGS

Motion for Default Judgment Hearing (Dkt. 19) – Held via Zoom webinar.

## SUMMARY

The Court confirmed that no one representing Defendant has appeared or contacted Plaintiff's counsel concerning appearing in the matter. The Court also confirmed that the business is still operational. The Court confirmed that it will grant the motion. An order will be issued.