EJ-001

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, address, and State Bar number):*
After recording, return to:
Richard A. Mac Bride
855 Marina Bay Pkwy #210
Richmond, CA 94804

TEL NO.: (415) 730-6289   FAX NO. *(optional):*
E-MAIL ADDRESS *(Optional):*
[X] ATTORNEY FOR   [X] JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** U.S. District Court
STREET ADDRESS: 450 Golden Gate Ave.
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA 94102-3489
BRANCH NAME:

PLAINTIFF: Richard Sepulveda
DEFENDANT: Taqueria y Carniceria Martinez LLC; Jirong Zhang; Feng Xin Li

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**   [ ] Amended

CASE NUMBER: 23-cv-1781-SI

FOR RECORDER'S USE ONLY
FOR COURT USE ONLY

1. The [X] judgment creditor   [ ] assignee of record
   applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address
      ┌─────────────────────────────────┐
      │ Taqueria y Carniceria Martinez LLC │
      │ 3840 Pacheco Blvd.              │
      │ Martinez, CA 94553              │
      └─────────────────────────────────┘
   b. Driver's license no. [last 4 digits] and state:   [X] Unknown
   c. Social security no. [last 4 digits]:              [X] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address)*:
      Taqueria y Carniceria Martinez LLC, 3840 Pacheco Blvd., Martinez, CA 94553

2. [X] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor *(name and address)*:
   Richard Sepulveda
   1846 Bermuda Lane, Manteca, CA 95337

4. [ ] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

Date: 6/18/24
Richard A. Mac Bride
(TYPE OR PRINT NAME)

*(signature)*
(SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed: $3,473.50
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on *(date)*: 3/22/24
   b. Renewal entered on *(date)*:
9. [ ] This judgment is an installment judgment.

10. [ ] An   [ ] execution lien   [ ] attachment lien
    is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address)*:

11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date)*:

12. a. [ ] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

[SEAL]

This abstract issued on *(date)*:
June 21, 2024

Clerk, by Mark B. Busby
*(signature)*, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

| PLAINTIFF: Richard Sepulveda | COURT CASE NO.: |
| DEFENDANT: Taqueria y Carniceria Martinez LLC; Jirong Zhang; Feng Xin Li | 23-cv-1781-SI |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. Name and last known address
Jirong Zhang
1331 Paradise Dr.
Martinez, CA 94553

Driver's license no. [last 4 digits] and state:  ☒ Unknown
Social security no. [last 4 digits]:  ☒ Unknown

Summons was personally served at or mailed to *(address):*
Jirong Zhang, 1331 Paradise Dr., Martinez, CA 94553

17. Name and last known address
Feng Xin Li
1331 Paradise Dr.
Martinez, CA 94553

Driver's license no. [last 4 digits] and state:  ☒ Unknown
Social security no. [last 4 digits]:  ☒ Unknown

Summons was personally served at or mailed to *(address):*
Feng Xin Li, 1331 Paradise Dr., Martinez, CA 94553

18. Name and last known address

Driver's license no. [last 4 digits] and state:  ☐ Unknown
Social security no. [last 4 digits]:  ☐ Unknown

Summons was personally served at or mailed to *(address):*

19. Name and last known address

Driver's license no. [last 4 digits] and state:  ☐ Unknown
Social security no. [last 4 digits]:  ☐ Unknown

Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.